**Tamer SIMMONS, Essie Avinette (Avinett) and Mamie Dekle, Appellants, v. MERCHANTS' & MINERS' TRANSPORTATION COMPANY, Appellee.**

No. 5960.

Circuit Court of Appeals, Fifth Circuit.

Oct. 10, 1930.

Henry McAleer and Lewis A. Mills, both of Savannah, Ga., for appellants.

Samuel B. Adams and A. Pratt Adams, both of Savannah, Ga. (Adams, Adams &

*Rehearing denied December 19, 1930.

Douglas, of Savannah, Ga., on the brief), for appellee.

Before BRYAN, FOSTER, and WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.